■ In the Matter of the Estate of ELLEN MALLON, Deceased. OWEN MCSHANE, Appellant; JULIA FAIELLA et al., Respondents.—Decree, Surrogate's Court, Bronx County (Bertram Gelfand, S.), entered on or about March 19, 1985, unanimously

affirmed for the reasons stated by Bertram Gelfand, S. Respondents shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Asch, Kassal, Rosenberger and Wallach, JJ.